| Date | Received From/Paid To | Explanation | Fees |
|---|---|---|---|
| **Fees of the Clerk** | | | |
| June 24, 2019 | Florida Middle District Court Clerk | Notice of Removal Filing Fee | $400.00 |
| | | **TOTAL** | **$400.00** |
| **Fees for Service of Subpoenas** | | | |
| October 28, 2019 | Caplan, Caplan & Caplan Process Serv | Service of Process of Non-Party Subpoena - Progressive Select Ins. Co. | $82.00 |
| October 28, 2019 | Caplan, Caplan & Caplan Process Serv | Service of Process of Non-Party Subpoena - State Farm Mutual Auto. Ins. Co. | $82.00 |
| October 28, 2019 | Caplan, Caplan & Caplan Process Serv | Service of Process of Non-Party Subpoena - Red Mountain Emergency Physicians, LLC | $82.00 |
| April 27, 2020 | ATA Process, LLC | Service of Process of Non-Party Subpoena - Physici | $59.00 |
| | | **TOTAL** | **$305.00** |
| **Fees for Transcripts** | | | |
| March 31, 2019 | U.S. Legal Support | Lisa Berryhill Deposition Transcript 3/15/19 | $957.45 |
| June 11, 2020 | Fernandez & Associates | David Day Deposition Transcript | $1,852.06 |
| June 15, 2020 | U.S. Legal Support | Michael Heil Deposition Transcript | $837.05 |
| June 18, 2020 | U.S. Legal Support | Charles Schwaner Deposition Transcript | $3,305.65 |
| June 19, 2020 | Fernandez & Associates | Kevin McCarty Deposition Transcript | $3,044.50 |
| | | **TOTAL** | **$9,996.71** |