# Invoices for Fees of the Clerk

| | |
|---|---|
| From: | notification@pay.gov |
| To: | Emmanuel, John; Storno, Sabrina |
| Subject: | Pay.gov Payment Confirmation: FLMD CM ECF |
| Date: | Monday, June 24, 2019 10:58:29 AM |

[This Email Originated From notification@pay.gov Which Is External To The Firm]

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the FLMD Help Desk at (407) 835-2582.

Application Name: FLMD CM ECF
Pay.gov Tracking ID: 26IBMGO1
Agency Tracking ID: 113A-15610382
Transaction Type: Sale
Transaction Date: Jun 24, 2019 10:58:22 AM

Account Holder Name: John Emmanuel
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1002

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

# Invoices for Fees for Service of Subpoenas

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2019036960
10/28/2019



Magda C. Rodriguez
TACHE BRONIS LAW FIRM
150 S.E. SECOND AVENUE
SUITE 600
MIAMI, FL 33131

**Case Number: MIDDLE 19-CV-01522-VMC-TGW**

Plaintiff:
**DAVID DAY**

Defendant:
**SARASOTA DOCTORS HOSPITAL, INC. DBA DOCTORS HOSPITAL OF SARASOTA**

Received: 10/23/2019   Served: 10/24/2019 3:45 pm   CORPORATE SERVICE
To be served on: RECORDS CUSTODIAN PROGRESSIVE SELECT INSURANCE COMPANY C/O CHIEF FINANCIAL OFFICER, AS REGISTERED AGENT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF TOWN ORIGINAL | 1.00 | 65.00 | 65.00 |
| CHIEF FINANCIAL OFFICER | 1.00 | 15.00 | 15.00 |
| CHECK HANDLING FEE | 1.00 | 2.00 | 2.00 |
| TOTAL CHARGED: | | | $82.00 |

**BALANCE DUE:** $82.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

Page 1 / 1

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2019036961
10/28/2019



Magda C. Rodriguez
TACHE BRONIS LAW FIRM
150 S.E. SECOND AVENUE
SUITE 600
MIAMI, FL 33131

**Case Number: MIDDLE 19-CV-01522-VMC-TGW**

Plaintiff:
**DAVID DAY**

Defendant:
**SARASOTA DOCTORS HOSPITAL, INC. DBA DOCTORS HOSPITAL OF SARASOTA**

Received: 10/23/2019   Served: 10/24/2019 3:45 pm   CORPORATE SERVICE
To be served on: RECORDS CUSTODIAN STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY C/O CHIEF FINANCIAL OFFICER, AS REGISTERED AGENT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF TOWN ORIGINAL | 1.00 | 65.00 | 65.00 |
| CHIEF FINANCIAL OFFICER | 1.00 | 15.00 | 15.00 |
| CHECK HANDLING FEE | 1.00 | 2.00 | 2.00 |
| TOTAL CHARGED: | | | $82.00 |

**BALANCE DUE:**  $82.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

Page 1 / 1

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
Phone: (305) 374-3426
Fax: (305) 854-4847
46-4588872

**INVOICE**

Invoice #CPN-2019036962
10/28/2019



Magda C. Rodriguez
TACHE BRONIS LAW FIRM
150 S.E. SECOND AVENUE
SUITE 600
MIAMI, FL 33131

**Case Number: MIDDLE 19-CV-01522-VMC-TGW**

Plaintiff:
**DAVID DAY**

Defendant:
**SARASOTA DOCTORS HOSPITAL, INC. DBA DOCTORS HOSPITAL OF SARASOTA**

Received: 10/23/2019   Served: 10/24/2019 2:40 pm   CORPORATE SERVICE
To be served on: RECORDS CUSTODIAN RED MOUNTAIN EMERGENCY PHYSICIANS, LLC C/O CORPORATION SERVICE COMPANY, AS REGISTERED AGENT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF TOWN ORIGINAL | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |

**BALANCE DUE:** $65.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

Page 1 / 1

ATA Process, LLC
1207 N. Franklin Street
Suite 104
Tampa, FL 33602
Phone: (813) 900-3133
Fax: (813) 343-6021
45-0945896

## INVOICE

Invoice #ATA-2020000616
4/8/2020



ASHLEY TREHAN
BUCHANAN INGERSOLL & ROONEY PC
401 E. JACKSON ST
TAMPA, FL 33602

Case Number: MIDDLE 19-CV-01522-VMC-TG

Plaintiff:
**DAVID DAY**

Defendant:
**SARASOTA DOCTORS HOSPITAL,INC d/b/a DOCTORS HOSPITAL OF SARASOTA**

Received: 4/6/2020   Served: 4/7/2020 11:30 am  CORPORATE
To be served on: Physicians Group,llc,c/O R/A: Corporation Service Company

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 59.00 | 59.00 |
| **TOTAL CHARGED:** | | | **$59.00** |

**BALANCE DUE:** $59.00

PLEASE REFERENCE THIS INVOICE NUMBER WITH YOUR PAYMENT TO HELP INSURE YOU RECEIVE PROPER CREDIT.
INVOICES ARE DUE UPON RECEIPT  THANK YOU FOR YOUR BUSINESS!

# Invoices for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case



# INVOICE

| | Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|---|
| | 120299227 | 3/31/2019 | Due upon receipt |
| | Job No. | Job Date: | Balance |
| | 1890415 | 3/15/2019 | $1101.07 |

**U.S. Legal Support, Inc.**
4200 West Cypress Street Suite 750
Tampa FL 33607
Phone: 813-876-4722  Fax: 813-877-2675

### Case Name
David Day vs. Sarasota Doctors Hospital, Inc.

**Scott Richards, Esquire**
Carlton Fields Jorden Burt, P.A.
450 South Orange Avenue
Suite 500
Orlando FL 32801

### Case No
2017CC007665

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support - Sarasota<br>1800 Second Street BB&T/Spector<br>Building Suite 875<br>Sarasota FL 34236 | Scott Richards, Esquire<br>Carlton Fields Jorden Burt, P.A.<br>450 South Orange Avenue<br>Suite 500<br>Orlando FL 32801 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Lisa Berryhill Exhibit | | | | | |
| Exhibit | 94.00 | $0.60 | $56.40 | $0.00 | $56.40 |
| ( Taxable 0.00) | | | | | |
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Lisa Berryhill Transcript | | | | | |
| Copy | 261.00 | $3.05 | $796.05 | $0.00 | $796.05 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| | | | $957.45 | $0.00 | |

| | |
|---|---|
| Total Due | $957.45 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $143.62 |
| (=) New Balance | $1101.07 |

Tax ID : 76-0523238                                                              Phone: 407-849-0300      Fax:407-648-9099

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Scott Richards, Esquire
Carlton Fields Jorden Burt, P.A.
450 South Orange Avenue Suite 500
Orlando FL 32801

| | |
|---|---|
| **Invoice No.** | 120299227 |
| **Invoice Date:** | 3/31/2019 |
| **Total Due** | $1101.07 |
| **Job No.** | 1890415 |
| **Case No:** | 2017CC007665 |

Remit To: **U.S. Legal Support, Inc.**
P.O. Box 4772-12
Houston TX 77210-4772



**Fernandez&Associates**
court reporters

Rivergate Plaza Suite 718
444 Brickell Avenue Miami Florida 33131
305 374.8868 Fax 305 374.9668
service@fernandezCR.com
FernandezCourtReporters.com

# Invoice

| INVOICE # | DATE |
|---|---|
| **25739** | 6/11/2020 |

| BILL TO |
|---|
| Tache Bronis Christianson & Descalzo, PA<br>150 SE 2nd Avenue, Suite 600<br>Miami, Florida 33131 |

| ATTN | Walter Tache, Esq. |
|---|---|

| REPORTER | TERMS |
|---|---|
| I. Carril | Due on receipt |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 6/9/2020 | David Day vs. Sarasota Doctors Hospital, Inc<br><br>Attendance of Reporter, 10:00 to 3:15.<br>Original and one copy of the Video-deposition of David Day. E-mail only. ** Expedite.**<br>Instant Copy Rough Transcript. | 1<br>158<br>152 | 355.00<br>7.07<br>2.50 | 355.00<br>1,117.06<br>380.00 |

Fernandez & Associates Court Reporters does not abdicate payment responsibility to third parties.  If collection action is necessary to obtain payment of this invoice, we shall be entitled to recover from payor all costs of collection,  including interest, court costs, and reasonable attorney's fees.

**Total**     **$1,852.06**

**WE ACCEPT CREDIT CARD PAYMENTS**     TAX ID NUMBER  65-0595628



# INVOICE

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 120484142 | 6/15/2020 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 2169777 | 6/4/2020 | $962.61 |

**Case Name**

David Day vs. Sarasota Doctors Hospital, Inc.

**Case No**

19CV01522VMCTGW

U.S. Legal Support, Inc.
100 Northeast Third AvenueSuite 1050
Fort Lauderdale FL 33301
Phone: 954-463-2933  Fax: 954-525-8919

Kristin Kiehn, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York NY 10022

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference<br>Reporter, Witness and all Parties will appear via Video Conference. | Kristin Kiehn, Esquire<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York NY 10022 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: Michael Heil | | | | | |
| Exhibit | 46.00 | $0.65 | $29.90 | $0.00 | $29.90 |
| Exhibits: Color | 3.00 | $1.25 | $3.75 | $0.00 | $3.75 |
| ( Taxable 0.00) | | | | | |
| Items Covered: 1 CERTIFIED COPY OF TRANSCRIPT OF:Micheal Heil | | | | | |
| Copy | 194.00 | $3.60 | $698.40 | $0.00 | $698.40 |
| Litigation Support Package | 1.00 | $40.00 | $40.00 | $0.00 | $40.00 |
| Condensed Transcript | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| Processing & Handling | 1.00 | $45.00 | $45.00 | $0.00 | $45.00 |
| ( Taxable 0.00) | | | | | |
| | | | $837.05 | $0.00 | |

| | |
|---|---|
| Total Due | $837.05 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $125.56 |
| (=) New Balance | $962.61 |

Tax ID : 76-0523238                Phone: 212-909-6000         Fax:212-909-6836

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Kristin Kiehn, Esquire
Debevoise & Plimpton LLP
919 Third Avenue
New York NY 10022

| | |
|---|---|
| **Invoice No.** | 120484142 |
| **Invoice Date:** | 6/15/2020 |
| **Total Due** | $962.61 |
| **Job No.** | 2169777 |
| **Case No:** | 19CV01522VMCTGW |

Remit To:   U S Legal Support, Inc.
            P.O. Box 4772
            Houston TX 77210-4772

# INVOICE

U.S. Legal Support, Inc.
4200 West Cypress Street
Suite 750
Tampa FL 33607
Phone:813-876-4722   Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120486017 | 6/18/2020 | 2161435 |
| **Job Date** | **Case No.** | |
| 5/28/2020 | 19CV01522VMCTGW | |
| **Case Name** | | |
| David Day vs. Sarasota Doctors Hospital, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John Emmanuel, Esquire
Buchanan Ingersoll & Rooney PC
Sun Trust Financial Centre
401 East Jackson Street
Suite 2400
Tampa FL 33602

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Charles Schwaner | 255.00 Pages | @ | 4.65 | 1,185.75 |
| Overnight Expedited Transcript. | | | | 1,305.60 |
| Litigation Support Package | | | 40.00 | 40.00 |
| Condensed Transcript | | | 20.00 | 20.00 |
| Processing & Handling | | | 45.00 | 45.00 |
| Rough Draft | 185.00 Pages | @ | 2.00 | 370.00 |
| Charles Schwaner | | | | |
| Exhibit | 522.00 Pages | @ | 0.65 | 339.30 |

TOTAL DUE >>>   $3,305.65
AFTER 7/18/2020 PAY   $3,801.50

For your convenience, we offer online invoice payment at: https://www.uslegalsupport.com/online-bill-pay/
Thank you for your business!

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                                                 Phone: 813-222-8180   Fax:813-222-8189

*Please detach bottom portion and return with payment.*

John Emmanuel, Esquire
Buchanan Ingersoll & Rooney PC
Sun Trust Financial Centre
401 East Jackson Street
Suite 2400
Tampa FL 33602

Job No.      : 2161435            BU ID     : 54-TAMPA
Case No.     : 19CV01522VMCTGW
Case Name    : David Day vs. Sarasota Doctors Hospital, Inc.

Invoice No.  : 120486017          Invoice Date : 6/18/2020
**Total Due**    : **$3,305.65**
AFTER 7/18/2020 PAY $3,801.50

Remit To:   U S Legal Support, Inc.
            P.O. Box 4772
            Houston TX   77210-4772

**PAYMENT WITH CREDIT CARD**          AMEX  MASTERCARD  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**Fernandez & Associates**
court reporters

Rivergate Plaza Suite 718
444 Brickell Avenue Miami Florida 33131
305 374.8868 Fax 305 374.9668
service@fernandezCR.com
FernandezCourtReporters.com

# Invoice

| INVOICE # | DATE |
|---|---|
| **25776** | 6/19/2020 |

| BILL TO |
|---|
| Tache Bronis Christianson & Descalzo, PA<br>150 SE 2nd Avenue, Suite 600<br>Miami, Florida 33131 |
| ATTN: Walter Tache, Esq. |

| REPORTER | TERMS |
|---|---|
| I. Carril | Due on receipt |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 6/16/2020 | David Day vs. Sarasota Doctors Hospital, Inc<br><br>Attendance of Reporter,10:00 to 6;15. **Overtime**<br>Original and one copy of the deposition of Kevin McCarty. Email only. ** Rush rates.** | 1<br>300 | 587.50<br>8.19 | 587.50<br>2,457.00 |

Fernandez & Associates Court Reporters does not abdicate payment responsibility to third parties.  If collection action is necessary to obtain payment of this invoice, we shall be entitled to recover from payor all costs of collection,  including interest, court costs, and reasonable attorney's fees.

**Total** **$3,044.50**

**WE ACCEPT CREDIT CARD PAYMENTS**

TAX ID NUMBER  65-0595628